1  Ira P. Rothken (State Bar No. 160029)
   **ROTHKEN LAW FIRM**
2  1050 Northgate Drive, Suite 520
   San Rafael, CA 94903
3  Telephone: (415) 924-4250
   Facsimile: (415) 924-2905
4
5  Attorneys for Plaintiff
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9  LAURA KLEMM, on behalf of herself and     ) Case No. C-05-5111-BZ
   all others similarly situated             )
10                                            )
              Plaintiff,                      )
11                                            )
      v.                                      ) **STIPULATION AND [PROPOSED]**
12                                            ) **ORDER FOR CHANGE OF VENUE**
   SONY BMG MUSIC ENTERTAINMENT,              )
13 SONY CORPORATION OF AMERICA,               )
   and BERTELSMANN, INC.                     )
14                                            )
              Defendants.                     )
15                                            )
                                              )
16

STIPULATION AND [PROPOSED] ORDER
Case No: C-05-5111-BZ

1

WHEREAS on December 9, 2005, Plaintiff filed a class action complaint in the above entitled action;

WHEREAS Defendant Sony BMG Music Entertainment, Defendant Sony Corporation of America, and Defendant Bertelsmann Inc., have their headquarters in New York, New York;

WHEREAS Plaintiffs served the Complaint on Defendant Sony Corporation of America and filed a proof of service of summons with this Court; and

WHEREAS there is a pending consolidated action, related to the present action, in the Southern District of New York, entitled *In re Sony BMG CD Technologies Litigation*, Case No. 1:05-cv-09575-NRB.

NOW THEREFORE, subject to the Court's approval, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. In the interests of the prompt administration of justice as a formal case management structure is presently in place before the Honorable Naomi Reice Buchwald in the Southern District of New York, the above entitled action shall be transferred to the Southern District of New York.

IT IS SO STIPULATED.

DATED: January 5, 2006

**ROTHKEN LAW FIRM**

By: _____
Ira P. Rothken

1050 Northgate Drive, Suite 520
San Rafael, CA 94903
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

Attorney for Plaintiff

DATED: _____

**DEBEVOISE & PLIMPTON LLP**

By: _____
Jeffrey S. Jacobson

919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

Attorney for Defendant Sony BMG Music Entertainment

1  WHEREAS on December 9, 2005, Plaintiff filed a class action complaint in the above entitled action;

2  WHEREAS Defendant Sony BMG Music Entertainment, Defendant Sony Corporation of America, and Defendant Bertelsmann Inc., have their headquarters in New York, New York;

3  WHEREAS Plaintiffs served the Complaint on Defendant Sony Corporation of America and filed a proof of service of summons with this Court; and

4  WHEREAS there is a pending consolidated action, related to the present action, in the Southern District of New York, entitled *In re Sony BMG CD Technologies Litigation*, Case No. 1:05-cv-09575-NRB.

NOW THEREFORE, subject to the Court's approval, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. In the interests of the prompt administration of justice as a formal case management structure is presently in place before the Honorable Naomi Reice Buchwald in the Southern District of New York, the above entitled action shall be transferred to the Southern District of New York.

IT IS SO STIPULATED.

DATED:_____

**ROTHKEN LAW FIRM**

By:_____
      Ira P. Rothken

1050 Northgate Drive, Suite 520
San Rafael, CA 94903
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

Attorney for Plaintiff


DATED: January 3, 2006

DATED: January 3, 2006

**DEBEVOISE & PLIMPTON LLP**

By_____
      Jeffrey S. Jacobson

919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

Attorney for Defendant Sony BMG Music Entertainment

**[PROPOSED] ORDER**

Upon stipulation and good cause appearing,

1. The above entitled case shall be transferred to the Southern District of New York; and

2. The Clerk of this Court shall transmit all papers and pleadings on file in this action to the Clerk of the United States District Court for the Southern District of New York.

IT IS SO ORDERED.



_____
The Honorable Bernard Zimmerman
United State District Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
Case No: C-05-5111-BZ

3